UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

CHRISTOPHER E. ROBINSON,

                                  Plaintiff,                        9:22-cv-945 (BKS/DJS)

v.

KELLY PHILLIPS, and MS. QUILL,

                                  Defendants.
_____

**Appearances:**

*Plaintiff Pro Se:*
Christopher E. Robinson
Cape Vincent, NY 13618

*For Defendants:*
Letitia A. James
Attorney General of the State of New York
Judson N. Knappen
Michael J. Whalen
Assistant Attorneys General, of Counsel
300 South State Street - Suite 300
Syracuse, NY 13202

**Hon. Brenda K. Sannes, Chief United States District Judge:**

## MEMORANDUM-DECISION AND ORDER

      Plaintiff Christopher E. Robinson commenced this action asserting claims under 42 U.S.C. § 1983 arising out of his incarceration at the Cayuga Correctional Facility. (Dkt. No. 1, 23). On February 2, 2024, Defendants filed a motion for summary judgment under Fed. R. Civ. P. 56(a) seeking to dismiss the complaint. (Dkt. No. 47.) The Court sua sponte extended the deadline for Plaintiff to file a response, but Plaintiff failed to file a response. (Dkt. No. 50). This matter was assigned to United States Magistrate Judge Daniel J. Stewart who, on July 1, 2024,

issued a Report-Recommendation and Order recommending that Defendants' motion for summary judgment be granted. (Dkt. No. 52). Magistrate Judge Stewart advised the parties that under 28 U.S.C. § 636(b)(1), they had fourteen days within which to file written objections to the report and that the failure to object to the report within fourteen days would preclude appellate review. (Dkt. No. 52, at 9-10). No objections were filed.

As no objections to the Report-Recommendation have been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report-Recommendation for clear error and found none, the Court adopts the Report-Recommendation in its entirety.

For these reasons, it is

**ORDERED** that the Report-Recommendation, (Dkt. No. 52), is **ADOPTED** in its entirety; and it is further

**ORDERED** that Defendants' motion for summary judgment (Dkt. No. 47) is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall enter Judgment and close this case; and it is further

**ORDERED** that the Clerk serve a copy of this Order upon the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: July 18, 2024
Syracuse, New York

Brenda K. Sannes
Chief U.S. District Judge